

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2019

No. 04-18-00725-CV

Ebony **JONES**,
Appellant

v.

**DSRE CENTEX PARTNERS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2018CV03487
Honorable Karen Crouch, Judge Presiding

# O R D E R

Appellant's brief was due December 31, 2018. Neither the brief nor a motion for extension of time was filed.

We therefore **ORDER** appellant to file, **on or before January 18, 2019,** her appellant's brief and a written response reasonably explaining her failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

We **order** the clerk of this court to serve a copy of this order on appellant, who is pro se, and all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court